# Exhibit A

# WEAPONS CARRY PERMIT PACKET

## POLICY

*

## LAWS

*

## APPLICATION



# Bristol Police Department



395 METACOM AVENUE  ❖  BRISTOL, RHODE ISLAND 02809
TELEPHONE (401) 253-6900

JOSUE D. CANARIO
Chief of Police

Dear Applicant:

By applying to the Bristol Police Department for a permit to carry a concealed pistol or revolver, you are exercising your right under Rhode Island General Law Section 11-47-11. It is this statute that gives the Town of Bristol the right and responsibility to administer this program in accordance with the law. It is intended as a service to the people of the Town of Bristol.

It is important to remember that a permit to carry a concealed pistol or revolver does not authorize you to use the firearm. Such usage of a handgun is regulated by other provisions of Rhode Island law. Please carefully read the enclose policy regarding the issuance of the pistol or revolver permit. It is intended to serve as a guideline to aid you in understanding the authority and responsibility of the Town of Bristol to carry out RI law.

Also contained in this application package are the Rhode Island General Laws relating to weapons, known as the Firearms Act. Before you are granted a permit to carry a pistol or revolver, you must acknowledge that you are familiar with the provisions of the Act.

This application package does not include Federal laws pertaining to firearms. You must observe both Federal and Rhode Island laws. A federal law is administered by Federal agencies. For information relative to Federal regulation of firearms, you may contact the Bureau of Alcohol, Tobacco, and Firearms.

The application itself must be filled out completely and truthfully. It is a crime to knowingly give false information to obtain a permit to carry a pistol or revolver. Please read the instructions carefully and note that first time and renewal applicants must supply all information being requested to the Town of Bristol at the time of application.

The submission of the application for a permit to carry a concealed pistol or revolver is the beginning of a process of review by three board members comprised of Town employees, which may include a personal interview. You will be notified by mail stating the reason for denial.

A successful applicant for a permit to carry a concealed pistol or revolver will be notified by mail to respond personally to the Bristol Police department, Office of the Chief of Police, to obtain the permit. Please exercise your privilege to carry a concealed pistol or revolver in the State of Rhode Island responsibly, properly, and safely.

A non-refundable fee of one-hundred dollars ($100.00) will be due at the time a completed application is submitted. All permits will expire four (4) years from date of issue. Please allow forty-five (days) for processing of the application.

Sincerely yours,

Josue D. Canario
Chief of Police

# Town of Bristol

## POLICY REGARDING THE ISSUANCE OF A LICENSE OR PERMIT TO CARRY A CONCEALED PISTOL OR REVOLVER PURSUANT TO RHODE ISLAND GENERAL LAWS, 11-47-11.

### INTRODUCTION

The Town of Bristol is authorized by Rhode Island General Law 11-47-11 to issue a license or permit to carry a concealed pistol or revolver to a person twenty-one (21) years of age or over having a bona fide residence or place of business in Bristol, or a person twenty-one (21) years of age or over having a bona fide residence within the United States who has already been issued a concealed weapon permit by another state or subdivision of the United States. The concealed weapon license may be issued only if the Town determines that the applicant has good reason to fear an injury to his or her person or property or has any other proper reason for carrying a pistol or revolver, and that he or she is a suitable person to be so licensed.

Pursuant to Rhode Island General Law 11-47-18, an eligible person may make application with the Attorney General for a license or permit to carry a pistol or revolver.

Pursuant to Rhode Island General Law 11-47-15, the applicant must also qualify to obtain a permit. The right to carry a loaded, concealed firearm in public is different from the right to purchase or possess a handgun in one's own home or business. The privilege to carry a concealed firearm is limited to those who demonstrate a need for, and an understanding and acceptance of, this responsibility.

Rhode Island General Law 11-47-13 provides for the revocation of any such license or permit for just cause at any time by the granting authority.

The Town of Bristol will exercise its discretion in a manner designed to protect the public at large as well as the individual applicant for a pistol permit.

The Town of Bristol does not discriminate in the issuance of a pistol permit on grounds of race, sex, national origin, or any other reason prohibited by law.

### Procedure

An applicant for a pistol permit must submit a completed application to the Bristol Police Department, 395 Metacom Ave. Bristol, Rhode Island.  A Fee of $100.00 (non-refundable), payable by check or money order to the Town of Bristol shall be assessed for processing fees and to allow the department to electronically file the fingerprints through the local, state, and federal law enforcement database systems.  The Bristol Police department will complete the required background that may include a check of court records and other sources for pending criminal cases, restraining orders and/or discrepancies in the applicant's background, including prior history or mental illness.

The Town of Bristol will not issue a pistol permit to any applicant who is prohibited from possessing or carrying a firearm under any State or Federal Law (e.g 18 U.S. 922(g)) or pursuant to any court order.

If this initial check does not disqualify the applicant from obtaining a pistol permit, the Town of Bristol shall review the application on an individual basis to determine whether there has been proper showing of need, as required by the statute, and whether the applicant is qualified.

### Proper Showing of Need

In considering each individual application for a pistol permit, the Town of Bristol must determine whether or not the applicant has demonstrated a proper showing of need to carry a loaded firearm in public, and consider the individual's demonstration of skill and responsibility to safely carry and use a firearm in compliance with all State, Federal and local laws.  Because a loaded, concealed firearm in untrained hands presents danger to the public and the applicant, the Town of Bristol must consider countervailing risks to the public in assessing need.

While there cannot be any set formula or criteria to limit or restrict the Town of Bristol's discretion to issue or deny a concealed weapon license, the Town will afford a hearing to each applicant before ruling on the application.  The Town of Bristol considers the following factors in assessing an applicant's proper showing of need.

1. Has the applicant demonstrated a specific articulable risk to life, limb or property?  If so, has the applicant demonstrated how a pistol permit will decrease the risk?

2. Can the applicant readily alter his or her conduct, or undertake reasonable measures other than carrying a firearm, to decrease the danger to life, limb or property?

3. Are there means of protection available to the applicant other than the possession of a firearm that will alleviate the risk to his or her person or property?

4. Has the applicant demonstrated the skill, training and ability to properly use a firearm in accordance with Rhode Island laws?

5. Has the applicant presented a plan to properly secure the firearm so that it does not fall into unauthorized hands?

6. How greatly will the possession of a firearm by the applicant increase the risk of harm to the applicant or to the public?

7. Has the applicant demonstrated that he or she will not use the firearm for an unlawful or improper purpose, and that he or she has not used a firearm for n unlawful or improper purpose in the past?

8. Does past unlawful, dangerous or violent conduct of the applicant justify denial of the license by the Town even if it is not sufficient to disqualify the applicant as a matter of law from possessing a firearm?

9. Has a protective order been issued relative to the applicant pursuant to chapter 15-5, chapter 15-15, or chapter 8-8.1 of the general laws?

10. Are there other factors deemed lawful and appropriate by the Town to demonstrate that the applicant is or is not a person suitable to possess a firearm in public.

After assessing the above factors, the Town shall grant or deny the concealed weapon permit, and in the case of a denial, shall state its reasons therefore in writing. In certain cases, the Town may issue a concealed weapon permit with restrictions in lieu of a denial.

In addition to these reasons, the Town will give consideration to those persons who seek renewal of existing permits who have demonstrated through their actions and experience a level of responsibility commensurate with that expected of one who is privileged to carry a firearm in the public sector.

## Responsibilities

Approved holders must maintain, use, and store their firearm or firearms in a responsible manner.  All permit holders are required to inform their respective city or town police departments, as well as the Bureau of Criminal Identification of the Department of Attorney General, within 24 hours of becoming aware of the loss or theft of a weapon.  If you do not report a loss or theft timely, your permit may be suspended.

## Conclusion

This policy is meant as a general guideline to aid the public in understanding the Town of Bristol's authority to carry out the requirements of the Rhode Island General Laws 11-47-11 and it shall be followed as a guideline in the assessment of applications for a pistol permit.  This policy is not intended to and does not confer any rights on any person.  As required by law, the Town of Bristol shall retain the right to accept or reject any application for a pistol permit upon its sole determination of "proper showing of need".

This policy supersedes all prior policies.

Dated: July 19, 2011



# TOWN OF BRISTOL



## INSTRUCTIONS FOR APPLICATION FOR LICENSE TO CARRY
## A CONCEALED WEAPON

### NO APPLICATIONS WILL BE CONSIDERED UNLESS THE FOLLOWING HAVE BEEN ACCOMPLISHED:

1. This official application form must be filled out completely by the applicant. Please **PRINT OR TYPE** application or **IT WLL BE RETURNED.**

2. The application must be **NOTARIZED.**

3. Enclose two (2) (1"x1") pictures of the applicant taken without headgear or glasses. This photo must be a clear picture of the head and face. Please **PRINT** applicant's name on the back of the each picture. **NO** laminated photos will be accepted.

4. Proof of qualification before a certified weapons instructor; i.e., NRA Instructor or Police range instructor must be supplied along with a copy of the instructor's NRA's / FBI firearms instructor's certification.

5. Two types of positive identification must be submitted, photocopied, signed and dated by a Notary Public, attesting to be true copies.

6. **ALL NON-RESIDENT APPLICANTS** must include a copy of their home state permit.

7. All new pistol permits issued by the Town of Bristol must have a full set of applicant's fingerprints submitted on a **FBI FINGERPRINT APPLICANT CARD** [FD-258 (REV.5-11-99)] included with the application. The fingerprint card must be signed by the applicant. This is not necessary for a renewal application.

8. If the permit is to be used for employment, a TYPED letter of explanation must be submitted on your employer's letterhead, signed by your employer and included with the application.

9. If the permit is not for employment, a typed letter must be submitted and signed by the applicant stating the reasons why a permit is needed on a full time basis. All letters must be dated. We will not accept a photocopy of any signature.

10. Retired Police Officers applying under 11-47-18 must submit a letter of verification from the Chief of Police of the department that they retired from stating that they have completed 20 years of GOOD service.

11. A one-hundred ($100.00) CHECK OR MONEY ORDER must be submitted with your application.

12. The applicant will be notified by mail of approval or denial of permit. If approved, the applicant must appear in person to pick up the permit. This application, fingerprint card, and photo's become part of the records of the Town of Bristol and **will not** be returned.

13. All permits will expire **FOUR (4) years** from the date of issue. Also, the renewal of your permit is your responsibility. No notification of expiration of the permit will be sent to you. Allow a maximum of 45 days for processing of your application due to the fact that the Town of Bristol is dependent on other agencies for information necessary to complete the application.



# TOWN OF BRISTOL

## APPLICATION FOR LICENSE TO CARRY A CONCEALED WEAPON

DATE _____ PERMIT NUMBER _____

NAME_____
First            Middle               Last

ADDRESS_____
      Street Name and Number (**No P.O. Boxes accepted**)   City or Town     State & Zip

TELEPHONE
NUMBER_____
Home           Business          Other

SOCIAL SECURITY NUMBER _____ OCCUPATION_____

EMPLOYED
BY:_____

Employer's Address    Street Name and Number     City or Town      State & Zip

DETAIL JOB
DESCRIPTION_____
_____

DATE OF BIRTH _____ PLACE OF BIRTH_____

HEIGHT_____ WEIGHT_____ COLOR OF EYES_____ COLOR OF HAIR_____

ARE YOU A CITIZEN OF THE UNITED STATES?_____ HOW LONG?_____

**(If you are not a citizen of the United States, a copy of both sides of your alien registration card must be included with this application.)**

LIST ALL ADDRESSES FOR THE LAST THREE YEARS, INCLUDING DATES AND LOCATIONS_____
_____
_____
_____
_____
_____

**COPY**

HAVE YOU EVER BEEN ARRESTED?_____ IF SO, GIVE DETAILS_____
DETAILS_____

HAVE YOU EVER BEEN UNDER GUARDIANSHIP OR CONFINED OR TREATED FOR
MENTAL ILLNESS?_____      IF SO, GIVE DETAILS_____
_____

HAVE YOU EVER BEEN CONVICTED OF A CRIME?_____ IF SO, GIVE DETAILS_
_____

HAVE YOU EVER PLED NOLO CONTENDERE TO ANY CHARGE OR VIOLATION? IF
SO, GIVE DETAILS _____
_____

ARE YOU UNDER INDICTMENT IN ANY COURT FOR A CRIME PUNISHABLE BY
IMPRISONMENT EXCEEDING ONE YEAR?_____ IF SO, GIVE DETAILS
AND DATES_____

HAVE YOU APPLIED FOR A PERMIT TO CARRY A CONCEALED PISTOL OR
REVOLVER FROM THE ATTORNEY GENERAL OR A LOCAL CITY OR TOWN IN
RHODE ISLAND? _____

IF SO, IDENTIFY AGENCY WHERE APPLICATION FILED. IF SO, IS IT CURRENTLY
ACTIVE?_____ EXPIRED?_____ DENIED?_____ REVOKED?_____

**(If you hold an expired permit, enclose photocopy, notary-signed and dated, attesting
copies are true)**

HAVE YOU EVER APPLIED FOR A PISTOL PERMIT TO CARRY A HANDGUN IN
ANOTHER STATE:
YES____   NO_____ IF YES, STATE AND  CITY_____

WERE YOU DENIED?_____ IS SO, GIVE DETAILS_____

SEND PHOTOCOPY OF OUT-OF -STATE PERMIT OR LICENSE

HAVE YOU EVER HAD A LEGAL NAME CHANGE?_____ IF YES, PLEASE STATE
FORMER NAME
_____

PLEASE LIST ALL NICKNAMES OR ALIASES USED BY YOU_____
_____
_____

TO THE BRISTOL TOWN HALL OFFICIAL

**COPY**

THIS IS TO INFORM YOU THAT_____

Applicant's Name          (Printed or Typed)

IS APPLYING FOR A CONCEALED WEAPON PERMIT TO CARRY A CONCEALED
PISTOL OR REVOLVER IN THE STATE OF RHODE ISLAND. PLEASE VERIFY THAT
THIS SUBJECT RESIDES OR HAS A PLACE OF BUSINESS IN THE TOWN OF BRISTOL.

_____

**Town Hall Official's Signature**                    **Date**

RESIDENCE OR BUSINESS ADDRESS:_____

ON A SEPARATE SHEET OF PAPER OR LETTERHEAD, **TYPE** DETAILS AND SPECIFIC
REASONS WHY YOU FEEL YOU SHOULD BE ISSUED A CONCEALED WEAPON
PERMIT BY THE TOWN OF BRISTOL AND WITH WHOM YOU ARE A SUITABLE
PERSON TO BE SO LICENSED (ONLY **TYPED** LETTERS WILL BE ACCEPTED).

TWO (2) TYPES OF POSITIVE IDENTIFICATION MUST BE SUBMITTED. EXAMPLES:
(1)Birth Certificate (2)Rhode Island or State Driver's License (3)Rhode Island Identification
Card

A PHOTOCOPY OF ANY TWO OF THE ABOVE SIGNED AND DATED BY A NOTARY
PUBLIC, ATTESTING AS BEING TRUE COPIES WILL BE ACCEPTED. PASSPORT AND
OTHER POSITIVE IDENTIFICATION WILL ALSO BE ACCEPTED.

THREE (3) REFERENCES ARE REQUIRED:

| Name | Address/City/State/Zip | Area Code/Tele No. | Years Known |
|------|------------------------|--------------------|-------------|
| Name | Address/City/State/Zip | Area Code/Tele No. | Years Known |
| Name | Address/City/State/Zip | Area Code/Tele No. | Years Known |

**NOTE: THE RI COMBAT COURSE IS FOR LAW ENFORCEMENT PERSONNEL ONLY. ALL OTHERS MUST QUALIFY IN ACCORDANCE TO 11-47-15.**

WEAPON QUALIFICATION SCORE:     CAL. OF WEAPON_____

ARMY-L_____ SCORE_____ R.I. COMBAT_____ SCORE_____

_____
**SIGNATURE OF N.R.A. INSTRUCTOR OR POLICE RANGE OFFICER**

                                                                                              **DATE**

_____
**PRINTED NAME & TELEPHONE NO. OF N.R.A. INSTRUCTOR OR POLICE RANGE OFFICER**

_____

**N.R.A. NUMBER OR POLICE DEPARTMENT NAME**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
AFFIDAVIT

I CERTIFY THAT I HAVE READ AND I AM FAMILIAR WITH THE PROVISIONS OF **11-47-1 TO 11-47-62,** INCLUSIVE, OF THE GENERAL LAWS OF RHODE ISLAND, 1956, AS AMENDED, AS WELL AS ALL FEDERAL STATUTES PERTAINING TO FIREARMS AND THAT I AM AWARE OF THE PENALTIES FOR VIOLATIONS OF THE PROVISIONS OF THE CITED SECTIONS. I FURTHER UNDERSTAND THAT ANY ALTERATION OF THIS PERMIT IS JUST CAUSE FOR REVOCATION.

                                           _____
                                                       **Applicant's Signature**

BEFORE A NOTARY PUBLIC

SUBSCRIBED AND SWORN TO BEFORE ME IN _____, RHODE ISLAND

THIS_____ DAY OF_____, 20_____.

_____   _____
**Notary Public Signature**                            **Notary Public (Name Printed)**

MY COMMISSION EXPIRES ON _____
                                              **Month**                                               **Year**

                                                                                            **State**

Ap –000000011