Exhibit C

1   BOARD MEMBER 1:(inaudible) The point of having this little meeting is to
2   just give you a chance an opportunity to tell our side (inaudible) I know everyone can
3   read their letters and so on Bob we like to have the person explain and get into a little bit
4   of the detail and then we will probably have a few questions, ah, related to that. It
5   usually works better that way. . . .
6   MR. GENDREAU: OK.
7   BOARD MEMBER 1: . . . So this way everything is just not on paper and you
8   get accepted or denied and then you want to meet with someone anyway . . .
9   MR. GENDREAU: HM.
10   BOARD MEMBER 1: So at least this way we take care of it and we take it from
11   there.
12   MR. GENDREAU: All right.
13   BOARD MEMBER 1: Fine I guess you can just start by telling us why you need
14   a, a concealed weapon?
15   MR. GENDREAU: Well my reason are already listed on . . . but have you read
16   my letters?
17   BOARD MEMBER 1: Yes, we have already read them.
18   MR. GENDREAU: Well as you see there are multiple reasons, first reason first
19   and foremost - from the Rhode Island Supreme court, I do collect fire arms and as a
20   valuable legal reason for having and or wanting a concealed fire arm that's from the
21   supreme court of Rhode Island. I do have multiple fire arms. I bring them to the range
22   I'm more likely going to purchase more. And I like protection during those activities

1

1  these are worth money they have value and of course you don't want them falling into
2  the wrong hands.
3  Second reason, I'm actively seeking employment in Massachusetts for armed security
4  actually that's where I'm working now armed, not armed security, but security in
5  Massachusetts and if I get a Bristol or a Rhode Island, I should say, permit that will
6  Allow me to get a permit in Massachusetts. Therefore expanding my options for hiring.
7  Beyond that I occasionally work with my father he does multiple things he owns a
8  business in sma-Fall River. Excuse me. And also he owns apartments in fall River.
9  About two three four times a year I manage those for him depending when he takes
10 vacations. So I manage the business for him and that usually involves a few thousand
11 dollars worth of deposits. And also over the course of the summer he collects motor
12 cycles, motor cycle parts that's just something he does and every so often if he gets more
13 than one bike or he needs someone to go with him I'm the usually the one who goes with
14 him and at those events he can have over ten grand on his persons and I like to be able to
15 (unintelligible) protect myself if need be.
16       BOARD MEMBER 1: Does your father carry a gun?
17       MR. GENDREAU: He does not, he is actually looking into it, but that's for
18 Massachusetts it's a different system.
19       BOARD MEMBER 1: So um his business is in Massachusetts and the getting a
20 license here is not going to help your dad.
21       MR. GENDREAU: Well it will because I can't apply - I am not legally allowed to
22 apply for a Massachusetts non-residents permit until I have a Rhode Island residents

2

1  permit. I can't get one without the other. But the main reason is as I said avid gun

2  collector. I own fire arms. I have a few grand worth of fire arms and quite frankly I like

3  to protect myself when I purchasing new fire arms and transporting these high value

4  items to a bona-fide shooting range . . .

5      BOARD MEMBER 1: Where do you purchase most of your fire arms from?

6      MR. GENDREAU:Um, Pawtucket shooting supply in Pawtucket. Actually its

7  competition shooting supply in Pawtucket.

8      BOARD MEMBER 1: Thats like, a, bona-fide store, or?

9      MR. GENDREAU: Yea there a gun dealer.

10     BOARD MEMBER 1: Do you go to shows, or?

11     MR. GENDREAU: I don't go to shows, no.

12     BOARD MEMBER 1: No, OK. You mentioned for many security positions I am

13 interested in, uh, carrying concealed weapons prerequisite for the application process.

14 Can you give me an example?

15     MR. GENDREAU: Uh, for Massachusetts pretty much all armored car jobs.

16 Prerequisite pretty much they won't look at you. I had a chance to get into pilgrim power

17 plant that's the nuclear power plant up in Plymouth. I had a family member said he

18 would see what he could do they wouldn't take me because I didn't already have my

19 concealed permit. Things like that.

20     BOARD MEMBER 1: Why, why is that the condition of the job? (unintelligible)

21 They wouldn't even offer you a position, um if, if they would hire you for you and not,

22 and not eh because you have pistol permit?

3

1      MR. GENDREAU: It's a prerequisite. Its just like anything else.

2      BOARD MEMBER 1: Prerequisite?

3      MR. GENDREAU: Prerequisite.

4      BOARD MEMBER 1: Not like, um . . .

5      MR. GENDREAU: Some places are different but especially with armored car.

6      BOARD MEMBER 1: So they say, OK were going to give you the job. Get your
7  pistol permit and then if you don't get it . . .(inaudible) . . . a condition that's what I'm
8  saying.

9      MR. GENDREAU: A lot of places, like say it's a prerequisite, it's right there on
10 your employment application and that weighs heavily on the employment pro –
11 employment process, cause you get one leg up you, day one especially someone like the
12 Pilgrim power plant, they want you to be able to be armed. Not just stand there, ya know,
13 looking stupid for the most part.

14     BOARD MEMBER 1: But in your . . .

15     MR. GENDREAU: like I said primary reason is avid gun collector.

16     BOARD MEMBER 1: (inaduible) . . . reason in Rhode Island, um, as a job or if
17 you need it in the performance of the job.

18     MR. GENDREAU: Well Rhode Island would actually be different because in
19 Rhode Island that has to be through the Ag's office to open carry a permit, so I would
20 have to apply for an additional permit beyond that. But for the town permit . . .

21     BOARD MEMBER 1: But you would need a letter from your employer, and if
22 you can't get that, that's what I'm trying to get at you would need the letter from your

4

1 employer saying that you need this permit to hold this job. If you can't even get the job

2 without the permit, how are you going to get the letter?

3     MR. GENDREAU: But those are all secondary, primary is avid gun collector.

4     BOARD MEMBER 1: OK. And how much, your four thousand dollars in

5 firearms um,

6     MR. GENDREAU: and accessories. About. About at this point, probably a little

7 higher.

8     BOARD MEMBER 1: And those are kept in your home?

9     MR. GENDREAU: Yes.

10     BOARD MEMBER 1: OK. Can you give me an example when you would draw,

11 draw a weapon?

12     MR. GENDREAU: Well do you want to give me a scenario or just an example.

13 Well, I'd never draw a weapon unless one, I can't retreat; two I feel my life is threatened

14 and in immediate physical harm and three, the fear I'm going to be killed. There is no

15 other reason to draw a weapon, no brandishing, its all bad, unless you can't run and you

16 fear for you life and that your going to die. There is no point to even drawing it besides

17 under those situations.

18     BOARD MEMBER 1: How do you know Courtney?

19     MR. GENDREAU: I work with her. Yup, I've been on the Bristol Fire department

20 for . . . I want to say four or five years now and Courtney, I used to actually drive with

21 Courtney, so that's how I know Courtney.

22     BOARD MEMBER 1: What target range do you go to?

5

1    MR. GENDREAU: I usually go into North Attleboro I have a friend with a
2 Massachusetts permit, so I bring my rifles because I can't bring my pistols into
3 Massachusetts legally, so I go with my rifles, he comes he brings his blue card and we all
4 just go to the range and have a good time and come back.
5    BOARD MEMBER 1: Do you belong to any gun clubs?
6    MR. GENDREAU: I'm a member of, like I said, um I have it right here, I have a
7 membership card for it, I think its American fire arms. That's the club I belong to for lack
8 of a better term.
9    BOARD MEMBER 1: Is that the one in Attleboro?
10    MR. GENDREAU: Yep, that's the one in Attleboro.
11    BOARD MEMBER: I have no further questions.
12    BOARD MEMBER 2: The job you have now um, the security job . . .
13    MR. GENDREAU: Yup, um . . .
14    BOARD MEMBER 2: Where do you work?
15    MR. GENDREAU: General Dynamics in Taunton and I'm actually going there
16 right after work, so that's why I'm dressed up.
17    BOARD MEMBER 2: Yea OK, so, um, in that particular job does not require
18 you to carry a firearm?
19    MR. GENDREAU: No they are an unarmed position.
20    BOARD MEMBER 2: Unarmed position
21    MR. GENDREAU: But I am building all this for my resume so, when an armed
22 position opens up, I'll be prepared.

6

1     BOARD MEMBER 2: Do they have armed positions there?

2     MR. GENDREAU: No not at this location no, but its top secret security

3  clearance, like its a secured facility. So like I said, its just building the resume. But that's

4  why I would want it in Massachusetts, not so much Rhode Island.

5     BOARD MEMBER 2: Right, your going thru that process, well you say . . .

6  (inaudible) . . .

7     MR. GENDREAU: Well I need to get it here.

8     BOARD MEMBER 2: . . . First, you need it in Rhode Island because your not a

9  Mass resident and then from there you go there.

10    MR. GENDREAU: Yup.

11    BOARD MEMBER 2: They have different qualifications there.

12    MR. GENDREAU: Yup I've already taken the safety class that they offer so, yup

13  so as soon as I get this, I plan on applying for my Massachusetts.

14    BOARD MEMBER 2: But a um, having employment there doesn't get you

15  around the um,

16    BOARD MEMBER 1: Non resident issue?

17    BOARD MEMBER 2: Right.

18    MR. GENDREAU: What do you mean?

19    BOARD MEMBER 2: If they were to hire you in Massachusetts, for this

20  position, that requires you to have a firearm and your a Rhode Island resident. Are they

21  going to tell you, we're not going to hire you because you have to have a firearm, a

7

-000000025

1 concealed weapons permit but you first have to go get one from Rhode Island. I . . . does,

2 when he said does it get around the issue?

3     MR. GENDREAU: No, like I said, I after I apply to this I'm going to apply to the

4 Massachusetts State Police, who issues their out of state, non-resident concealed to carry

5 permits for class A LTCs as they call it there its not truly concealed carry.

6     BOARD MEMBER 2: Are you saying Massachusetts, Massachusetts will not

7 issue a permit to a non resident . . .

8     MR. GENDREAU: Unless they have it in their home state.

9     BOARD MEMBER 2: Even if you get hired?

10     MR. GENDREAU: Even if you get hired, you must have it in your home state.

11 yep that's necessary, mandatory, no ifs, ands or buts.

12     BOARD MEMBER 2: (unintelligible) . . . ask the question.

13     MR. GENDREAU: I'm sorry yeah.

14     BOARD MEMBER 2: That's interesting because most, I would say this heavily

15 weighs on need and if you have a need in Massachusetts and not a need in Rhode Island

16 how can they make you get one?

17     MR. GENDREAU: Well it doesn't really weigh on need in Rhode Island for the

18 town anyway, I believe it's 11-47-11 it doesn't say a showing of need, its says has a

19 reason to believe they will, could be under great bodily harm which, for the reasons

20 listed, I think its fair to say I fare reason to believe that during such activities I run the

21 risk great bodily harm and then its a shall issue.

8

1   BOARD MEMBER 2: OK and you never read proper showing of need under
2 that?
3   MR. GENDREAU: That is under the AG which you guys are not, you are the
4 town official which is 11-47-11. I'm pretty sure. I think your. . .
5   BOARD MEMBER 2: The Ag is 11-47-13?
6   MR. GENDREAU: If you say so, I'm actualy, I don't have the numbers quite in
7 my head. I meant to bring the paperwork, I could not find it before I came unfortunately.
8   BOARD MEMBER 2: Have you applied to the AG?
9   MR. GENDREAU: I have not. I'm considering it, but I figure I would try through
10 the town first because it is shall issue, where the AG can deny me arbitrarily because its
11 in the law there, they may issue, they have that discretion. The town does not, so I
12 decided to got through the town.
13   BOARD MEMBER 2: The town does have the discretion whether or not to.
14   MR. GENDREAU: Well they can determine suitability that's the towns
15 discretion, but as you can see from my record, I'm sure from my background checks that
16 I have no qualified, no qualifiers that would say no, you shouldn't have a permit.
17   BOARD MEMBER 2: Um Hm. OK, you said you were a member of the
18 volunteer fire department in Bristol.
19   MR. GENDREAU: Yup.
20   BOARD MEMBER 2: I'm all set.
21   BOARD MEMBER 1: alright me too.
22                 * * * * * * * * * * * *

9