# Exhibit D



# Bristol Police Department



395 METACOM AVENUE ❖ BRISTOL, RHODE ISLAND 02809
TELEPHONE (401) 253-6900

JOSUE D. CANARIO
Chief of Police

June 26, 2012

Mr. Jarren R. Gendreau
627 Wood Street, Apt. 2
Bristol, RI   02809

Dear Mr. Gendreau:

    I would like to personally thank you for taking the time in submitting an application for a permit to carry a concealed weapon from the Town of Bristol.  After carefully reviewing the application and receiving a recommendation from the panel which interviewed you with regards to your application for a concealed weapon permit, it is with regret that I advise you that I feel that you do not meet the criteria outlined in 11-47-11 of the General Laws of Rhode Island as amended, as well as Bristol Police Department's guidelines which would justify me issuing you a concealed weapons permit.

    If you have any questions or concerns regarding my decision, please feel free to contact my office to set up an appointment to review my decision.  The hours to call for an appointment are Monday - Friday between the hours of 8:00 a.m. - 4:00 p.m.

Sincerely,

Josue D. Canario
Chief of Police