AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | | |
|---|---|---|
| Jarren Gendreau | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 1:14-cv-00337 |
| Town of Bristol, Rhode Island; and Josue D. Canario | ) | |
| in his official capacity as Chief of Police of the Britol | ) | |
| Police Department | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Josue D. Canario
395 Metacom Avenue
Bristol, Rhode Island, 02809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matthew L. Fabisch, Esq.
Fabisch Law, L.L.C.
664 Pearl St.
Brockton, MA 02301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  11/17/2014

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:14-cv-00337

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Josue D. Caragio

was received by me on *(date)*  11/19/2014  .  VChief Jame D. Caraus

☒ I personally served the summons on the individual at *(place)*  Bristol Police Dept
395 Metacom Ave, Bristol RI                    on *(date)*  11/20/2014 ; or ☒ 9:22AM

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  $0.00  .

I declare under penalty of perjury that this information is true.

Date:  11/20/14                    _____
                                         *Server's signature*

                                   _____
                                         *Printed name and title*

                                         Jacqueline Alger
                                         Constable # 6210
                                         P.O. Box 284
                                         East Greenwich, RI 02818
                                   _____
                                         *Server's address*

Additional information regarding attempted service, etc: