AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | | |
|---|---|---|
| Jarren Gendreau<br><br>*Plaintiff(s)*<br>v.<br>Town of Bristol, Rhode Island; and Josue D. Canario in his official capacity as Chief of Police of the Britol Police Department<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:14-cv-00337 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Town of Bristol
10 Court Street
Bristol Rhode Island, 02809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew L. Fabisch
664 Pearl St.
Brockton, MA 02301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____11/17/2014_____                              _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-00337

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Town of Bristol__
was received by me on *(date)* __11/19/2014__ . _____ Treasurer

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Julie Goucher, Treasure__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Town of Bristol, 10 Court Street, Bristol__ on *(date)* __11/20/2014__ ; or @ 9:30 AM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __75.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/20/14__

*Server's signature* — Jacqueline Alger

*Printed name and title*
Jacqueline Alger
Constable # 6210
P.O. Box 284
East Greenwich, RI 02818

*Server's address*

Additional information regarding attempted service, etc: