## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JARREN GENDREAU : | |
| : | |
| vs. : | Case No:1:14-cv-00337 |
| : | |
| TOWN OF BRISTOL and : | |
| JOSUE D. CANARIO, : | |
| In his capacity as Chief of Police of : | |
| the Bristol Police Department : | |

**Assented to Motion Extend Fact Discovery**

Now Comes Plaintiff, Jarren Gendreau, by and through counsel, and hereby moves this Honorable Court to amend its order of February 4, 2015 by extending the time for factual discovery by an additional 40 days or until May 2, 2015 for the purpose of permitting the Plaintiff to conduct follow-up discovery. This motion is assented to by all parties.

Dated: 3/23/2015

Petitioner, Jarren Ray Gendreau,
By and through his Attorney,

/s/Matthew L. Fabisch
_____
Matthew L. Fabisch, Esquire (8017)
664 Pearl Street
Brockton, MA 02301
(Tel) 401-324-9344
(Fax) 401-354-7883
Email: Fabisch@Fabischlaw.com