```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF RHODE ISLAND

JARREN GENDREAU                 :
                                :
vs.                             :      Case No:1:14-cv-00337
                                :
TOWN OF BRISTOL and             :
JOSUE D. CANARIO,               :
In his capacity as Chief        :
of Police of                    :
the Bristol Police Department  :
```

### Motion to Further Enlarge Time within Which to File Plaintiff's Motion for Summary Judgment and Otherwise Revise the Court's Scheduling Order

Now Comes Plaintiff, Jarren Gendreau, and respectfully moves this Honorable Court, to enlarge the time set out in the Court's order of February 4, 2015, as amended, by this Court's superseding order of May 26, 2015 for the filing of Plaintiff's Motion for Summary Judgement, and all subsequent responsive dates June 1, 2015 to June 15, 2015. Plaintiff further requests that any order of this Court granting the instant motion, set June 15, 2015 as a date either for the filing of a Settlement Stipulation, Plaintiff's Motion for Summary Judgement, or Plaintiff's Motion for Leave to Amend. In support thereof, Plaintiff states the following:

- Since the last order of this Court counsel for the parties have taken advantage of the additional time offered by the court to explore settlement of this matter. Counsel the Defendant's has indicated that the next opportunity to

present a settlement offer to the Defendants will be at the Bristol Town Council meeting to take place on June 10, 2015. In light of the ongoing discussions it would be a waste of both the litigants' and the Court's time and resources to require the briefing be completed before a settlement offer can be formally presented by counsel.

- Counsel have also discussed Plaintiff's proposed Amended Complaint in light of the Rhode Island Supreme Court's Decision in *Gadomski v. Tavares*, No. 2014-72-M.P. (R.I. 2015) and Counsel for the Defendants has indicated that he cannot consent. Accordingly, if a settlement cannot be reached by June 10, 2015, Plaintiff will need to seek leave of this Court in order to amend his Complaint.

- No party will be prejudiced by the brief extension requested and Counsel for the Defendants has assented to seeking an enlargement of time to file summary judgment motions until after June 10, 2015.

>Petitioner,
>Jarren Ray Gendreau,
>By and through his Attorney,
>
>/s/Matthew L. Fabisch
>_____
>Matthew L. Fabisch (8017)
>FABISCH LAW, L.L.C.
>664 Pearl Street
>Brockton, MA 02301
>(Tel) 401-324-9344
>(Fax) 401-354-7883
>Email: Fabisch@Fabischlaw.com

MEMORANDUM OF LAW IN SUPPORT

As good cause has been shown for the extension of time requested herein, the time for Plaintiff to file its Motion for Summary Judgment or other appropriate motion should be extended until on or before June 15, 2015. See Fed.R.Civ.P. 6(b).

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael A. Ursillo     mikeursillo@utrlaw.com, gwendolynbruno@utrlaw.com