IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **JARREN GENDREAU** | : | |
| | : | |
| **vs.** | : | Case No:1:14-cv-00337 |
| | : | |
| **TOWN OF BRISTOL and** | : | |
| **JOSUE D. CANARIO,** | : | |
| **In his capacity as Chief** | : | |
| **of Police of** | : | |
| **the Bristol Police Department** | : | |

### Plaintiff's Assented to Motion to Modify Scheduling Order

   Now Comes Plaintiff, Jarren Gendreau, and respectfully moves this Honorable Court, to modify its order of June 2, 2015 requiring the filing of Plaintiff's Motion for Summary Judgement on or before June 15, 2015 to requiring the filing of a Motion to Amend on or before June 19, 2015. In support thereof, Plaintiff states that after conferring with their clients, and leaving several messages for each other, Counsel for both parties both finally spoke on 6/15/2015 and concluded that it would not be possible to settle this matter at this time. Accordingly, Plaintiff now seeks to move forward with his request to seek leave to amend his pleading. All parties assent to the instant motion.

                                        Jarren Ray Gendreau,
                                        By and through his Attorney,

                                        /s/Matthew L. Fabisch
                                        _____
                                        Matthew L. Fabisch (8017)
                                        FABISCH LAW, L.L.C.
                                        664 Pearl Street

Brockton, MA 02301<br>
(Tel) 401-324-9344<br>
(Fax) 401-354-7883<br>
Email: Fabisch@Fabischlaw.com

MEMORANDUM OF LAW IN SUPPORT

As good cause has been shown for the extension of time requested herein, the court should grant the request to modify the scheduling order to permit filing a motion for leave to amend on or before 6/19/2015. See Fed.R.Civ.P. 6(b).

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael A. Ursillo    mikeursillo@utrlaw.com, gwendolynbruno@utrlaw.com