**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JARREN GENDREAU | : |
|       Plaintiff, | : |
| | : |
| v. | : C.A. No.: 1:14-cv-00337-M-LDA |
| | : |
| JOSUE D. CANARIO, | : |
| In his capacity as Chief of Police of | : |
| the Bristol Police Department; and the | : |
| Town of Bristol, Rhode Island. | : |
|       Defendants. | : |

## DEFENDANTS JOSUE D. CANARIO AND THE TOWN OF BRISTOL'S MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT

NOW COME Defendants Josue D. Canario, in his capacity as Chief of Police of the Bristol Police Department, and the Town of Bristol, a municipal corporation in the State of Rhode Island (collectively, "Bristol Defendants"), by and through their attorney, and move to strike Plaintiff's First Amended Complaint, for the reasons described in the attached memorandum of law.

DEFENDANTS,

By Their Attorney,

 /s/ Michael A. Ursillo
Michael A. Ursillo, Esq. (2676)
Bristol Town Solicitor
**URSILLO, TEITZ & RITCH, LTD.**
Two Williams Street
Providence, RI 02903
(Tel) 401-331-2222
(Fax) 401-751-2427
*Email:  mikeursillo@utrlaw.com*

## CERTIFICATION

I, the undersigned, hereby certify that on September 25, 2015, I caused a true copy of the within Answer to be filed electronically with the Court's CM/ECF system with copies electronically forwarded to all counsel of record.

 /s/ Michael A. Ursillo