IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JARREN GENDREAU,
    Plaintiff

v.                                          C.A. No.: 1:14-CV-00337-M-LDA

TOWN OF BRISTOL, et. al.,
    Defendants

## DEFENDANTS' MOTION TO DISMISS

NOW COME Defendants, and hereby move this Honorable Court to dismiss this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. In support of their Motion to Dismiss, Defendants rely on the accompanying memorandum of law.

                                                                       DEFENDANTS,
                                                                       By Their Attorney,

                                                                       /s/ Michael A. Ursillo
                                                                       Michael A. Ursillo, Esq. (2676)
                                                                       Bristol Town Solicitor
                                                                       **URSILLO, TEITZ & RITCH, LTD.**
                                                                       Two Williams Street
                                                                       Providence, RI 02903
                                                                       Tel: 401-331-2222
                                                                       Fax: 401-751-2427
                                                                       Email: mikeursillo@utrlaw.com

## CERTIFICATION

I, the undersigned, hereby certify that on December 16, 2015, I caused a true copy of the within motion to be filed electronically with the Court's CM/ECF system with copies electronically forwarded to all counsel of record.

                                            /s/ Michael A. Ursillo

S:\Bristol\Litigation\Gendreau, Appeal to Supreme Court\Gendreau, Federal District Court\Motions\Motion to Dismiss Rule 41(b) 12-16-15.docx