UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JARREN GENDREAU                                    :
                                                   :
        vs.                                        :        Case No. 1:14-cv-00337
                                                   :
JOSUE D. CANARIO,                                  :
In his capacity as Chief of Police of             :
the Bristol Police Department; and the            :
Town of Bristol, Rhode Island                     :
                                                   :

## PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO DISMISS

       Now comes Plaintiff, Jarren Ray Gendreau, and hereby objects to the Defendants' Motion

to Dismiss. In support thereof, Plainitff relies upon the Memorandum of Points and Authorities

filed herewith.

**Dated: 1/4/2015**                            **Plaintiff, Jarren Ray Gendreau,**
                                               **By and through his Attorney,**

                                               **/s/Matthew L. Fabisch**
                                               _____
                                               **Matthew L. Fabisch (R.I. Fed. Bar # 8017)**
                                               **664 Pearl Street**
                                               **Brockton, MA 02301**
                                               **(Tel) 401-324-9344**
                                               **(Fax) 401-354-7883**
                                               **Email: Fabisch@Fabischlaw.com**

### CERTIFICATION

I hereby certify that on this 4th day of January 2016, a copy of the within Objection to
Defendants Motion to Dismiss, and Memorandum of Points and Authorities in Support of
Plaintiff's Objection to Defendants Motion to Dismiss was caused to be sent electronically
through the CM/ECF system to the following:

Michael A. Ursillo, Esq.    mikeursillo@utrlaw.com, gwendolynbruno@utrlaw.com

/s/Matthew L. Fabisch

1

_____