UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

| | |
|---|---|
| JARREN GENDREAU : | |
| : | |
| vs.   : | Case No. 1:14-cv-00337 |
| : | |
| JOSUE D. CANARIO, : | |
| In his capacity as Chief of Police of : | |
| the Bristol Police Department; and the : | |
| Town of Bristol, Rhode Island : | |
| : | |

---

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Now comes Plaintiff, Jarren Ray Gendreau, and hereby moves this honorable court for summary judgment on all counts of plaintiff's complaint against defendants. In support thereof, Plainitff relies upon the Memorandum of Points and Authorities and Statement of Undisputed Facts filed herewith.

**Dated: 1/4/2015**                                             **Plaintiff, Jarren Ray Gendreau,**
                                                                **By and through his Attorney,**

                                                                **/s/Matthew L. Fabisch**
                                                                _____
                                                                **Matthew L. Fabisch (R.I. Fed. Bar # 8017)**
                                                                **664 Pearl Street**
                                                                **Brockton, MA 02301**
                                                                **(Tel) 401-324-9344**
                                                                **(Fax) 401-354-7883**
                                                                **Email: Fabisch@Fabischlaw.com**

## CERTIFICATION

I hereby certify that on this 4th day of January 2016, a copy of the within Motion for Summary Judgment, Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment, and Statement of Undisputed Facts was caused to be sent electronically through the CM/ECF system to the following:

Michael A. Ursillo, Esq.     mikeursillo@utrlaw.com, gwendolynbruno@utrlaw.com

/s/Matthew L. Fabisch
_____