**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JARREN GENDREAU, : | |
|    Plaintiff : | |
| : | |
| v. : | C.A. No.: 1:14-CV-00337-M-LDA |
| : | |
| TOWN OF BRISTOL, et. al., : | |
|    Defendants : | |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants, and hereby request this Honorable Court extend the time to file their motion for summary judgment, which is presently due on January 7, 2016, as ordered by this Court on October 21, 2015, by thirty-two (32) days to February 8, 2016.

In support of their motion, Defendants state as follows:

1. On October 21, 2015, this Court ordered Plaintiff to file his motion for summary judgment by December 7, 2015, and ordered Defendants to file their motion for summary judgment by January 7, 2016.

2. As Plaintiff failed to comply with this Court's order, and did not file his motion for summary judgment by December 7, 2015, Defendants filed a motion to dismiss, pursuant to Rule 41 (b) of the Federal Rules of Civil Procedure, on December 16, 2015.

3. This Court has not yet ruled on Defendants' motion to dismiss.

4. Plaintiff filed his motion for summary judgment on January 4, 2016, 28 days after the deadline set by this Court.

5. Had Plaintiff's motion been timely filed, Defendants would have had 31 days thereafter to prepare their motion for summary judgment.

1

6. Defendants seek time to properly prepare their motion for summary judgment, as there are only two days remaining before the deadline set by this Court.

7. Defendants also request this extension so that this Court may rule on Defendants' motion to dismiss, which, if granted, would dispose of the case.

8. Plaintiff has requested and received several enlargements of time in the course of this matter, and Defendants have not previously requested any enlargement of time.

9. The relief requested herein is for good cause and will not result in undue delay in the administration of the case.

IN WITNESS WHEREOF, Defendants respectfully move this Honorable Court to enlarge the time for filing their motion for summary judgment by thirty-two (32) days to February 8, 2016.

Respectfully submitted this 5th day of January, 2016.

DEFENDANTS,
By and Through Their Attorney,

 /s/ Michael A. Ursillo
Michael A. Ursillo, Esq. (2676)
Bristol Town Solicitor
**URSILLO, TEITZ & RITCH, LTD.**
2 Williams Street
Providence, RI 02903
Tel: (401) 331-2222
Fax: (401) 751-2427
Email:  mikeursillo@utrlaw.com

## **CERTIFICATION**

I, the undersigned, hereby certify that on January 5, 2016, I caused a true copy of the within memorandum to be filed electronically with the Court's CM/ECF system with copies electronically forwarded to all counsel of record.

                                                                      /s/ Michael A. Ursillo

*\\SERVER\Share\Bristol\Litigation\Gendreau, Appeal to Supreme Court\Gendreau, Federal District Court\Motion for Enlargement of Time 1-5-2016.docx*