IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JARREN GENDREAU, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | C.A. No.: 1:14-CV-00337-M-LDA |
| | : | |
| TOWN OF BRISTOL, et. al., | : | |
|     Defendants | : | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

    NOW COME Defendants, and hereby move for Summary Judgement pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of their Motion for Summary Judgement, Defendants rely on the accompanying memorandum of law.

                                                                                                            DEFENDANTS,
                                                                                                            By and Through Their Attorney,

                                                                                                    /s/  Michael  A.  Ursillo
                                                                                                        Michael A. Ursillo, Esq. (2676)
                                                                                                        Bristol Town Solicitor
                                                                                                         **URSILLO, TEITZ & RITCH, LTD.**
                                                                                                         2 Williams Street
                                                                                                         Providence, RI 02903
                                                                                                         Tel: (401) 331-2222
                                                                                                         Fax: (401) 751-2427
                                                                                                       Email:  mikeursillo@utrlaw.com

- 2 -

**CERTIFICATION**

      I, the undersigned, hereby certify that on February 5, 2016, I caused a true copy of the within memorandum to be filed electronically with the Court's CM/ECF system with copies electronically forwarded to all counsel of record.

                                        /s/ Michael A. Ursillo

*\\SERVER\Share\Bristol\Litigation\Gendreau, Appeal to Supreme Court\Gendreau, Federal District Court\Summary Judgment\Motion for Summary Judgement 2-5-2016.docx*