IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JARREN GENDREAU, : | |
|     Plaintiff : | |
| : | |
| v. : | C.A. No.: 1:14-CV-00337-M-LDA |
| : | |
| TOWN OF BRISTOL, et. al., : | |
|     Defendants : | |

## DEFENDANTS' STATEMENT OF UNDISPUTED FACTS

Pursuant to LR Cv 56 (4), Defendants respectfully submits the following Statement of Undisputed Facts:

29. The Rhode Island Supreme Court, in its order dated September 18, 2013, stated that it "shall retain jurisdiction of this mater." **Ex. E** at 2.

30. Plaintiff failed to amend his petition for certiorari within thirty days of Chief Canario's amended decision, as ordered by the Rhode Island Supreme Court, and further failed to amend his petition for certiorari within thirty days of Plaintiff's counsel's stated date of receipt of Chief Canario's amended decision. See **Ex. F** at 1; **Ex. G**.

31. At present, more than two years following the issuance of Chief Canario's amended decision, as ordered by the Rhode Island Supreme Court, Gendreau has never filed an amended petition for certiorari. See **Ex. G**.

32. The Rhode Island Supreme Court case Gendreau v. Canario is now listed on the docket as closed. **Ex. G**.

33. After abandoning his first appeal at the Rhode Island Supreme Court, Gendreau waited over eight months to file this action. See **Ex. E** at 2; Plaintiff's Complaint at 1.

- 2 -

34. Gendreau states he "occasionally deposit[s] large sums of money for [his] father, who owns an apartment complex and a curtain store," both of which are located entirely within the Commonwealth of Massachusetts. **Ex. A**. at 7.

35. Neither the Town of Bristol nor Chief Josue D. Canario have the authority to issue concealed carry weapon permits that are valid for use within the Commonwealth of Massachusetts, and the permit for which Gendreau applied would be valid only within the State of Rhode Island. See R.I. Gen. Laws § 11-47-11; Mass. Gen. Laws ch. 140, § 131F.

>
> DEFENDANTS,
> By and Through Their Attorney,
>
>  /s/ Michael A. Ursillo
> Michael A. Ursillo, Esq. (2676)
> Bristol Town Solicitor
> **URSILLO, TEITZ & RITCH, LTD.**
> 2 Williams Street
> Providence, RI 02903
> Tel: (401) 331-2222
> Fax: (401) 751-2427
> Email:  mikeursillo@utrlaw.com

- 3 -

## **CERTIFICATION**

I, the undersigned, hereby certify that on February 5, 2016, I caused a true copy of the within memorandum to be filed electronically with the Court's CM/ECF system with copies electronically forwarded to all counsel of record.

      /s/ Michael A. Ursillo

*\\SERVER\Share\Bristol\Litigation\Gendreau, Appeal to Supreme Court\Gendreau, Federal District Court\Summary Judgment\Defendants' Statement of Undisputed Facts 2-5-2015.docx*