# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JARREN GENDREAU, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | C.A. No.: 1:14-CV-00337-M-LDA |
| | : | |
| TOWN OF BRISTOL, et. al., | : | |
|     Defendants | : | |

## DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT

NOW COME Defendants, and hereby object to Plaintiff's Motion for Summary Judgement. In support of their objection, Defendants rely on the accompanying memorandum of law.

DEFENDANTS,
By and Through Their Attorney,

/s/ Michael A. Ursillo
Michael A. Ursillo, Esq. (2676)
Bristol Town Solicitor
**URSILLO, TEITZ & RITCH, LTD.**
2 Williams Street
Providence, RI 02903
Tel: (401) 331-2222
Fax: (401) 751-2427
Email: mikeursillo@utrlaw.com

- 2 -

## **CERTIFICATION**

      I, the undersigned, hereby certify that on February 5, 2016, I caused a true copy of the within memorandum to be filed electronically with the Court's CM/ECF system with copies electronically forwarded to all counsel of record.

                                                /s/ Michael A. Ursillo

*\\SERVER\Share\Bristol\Litigation\Gendreau, Appeal to Supreme Court\Gendreau, Federal District Court\Summary Judgment\Objection to Plaintiff's Motion for SJ 2-5-2016.docx*