UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JARREN GENDREAU : | |
| : | |
| vs.    : | Case No. 1:14-cv-00337 |
| : | |
| JOSUE D. CANARIO, : | |
| In his capacity as Chief of Police of : | |
| the Bristol Police Department; and the : | |
| Town of Bristol, Rhode Island : | |
| : | |

### PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Now comes Plaintiff, Jarren Ray Gendreau, and hereby objects to the Defendants' Motion for Summary Judgment. In support thereof, Plainitff relies upon the Memorandum of Points and Authorities to be filed forthwith.

**Dated: 2/22/2016**                              **Plaintiff, Jarren Ray Gendreau,**
                                                  **By and through his Attorney,**

                                                  **/s/Matthew L. Fabisch**
                                                  _____
                                                  **Matthew L. Fabisch (R.I. Fed. Bar # 8017)**
                                                  **664 Pearl Street**
                                                  **Brockton, MA 02301**
                                                  **(Tel) 401-324-9344**
                                                  **(Fax) 401-354-7883**
                                                  **Email: Fabisch@Fabischlaw.com**

### CERTIFICATION

I hereby certify that on this 22nd day of February 2016, a copy of the within Objection to Defendants Motion for Summary Judgment, was caused to be sent electronically through the CM/ECF system to the following:

Michael A. Ursillo, Esq.    mikeursillo@utrlaw.com, gwendolynbruno@utrlaw.com

/s/Matthew L. Fabisch

1