UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JARREN GENDREAU : | |
| : | |
| vs. : | Case No. 1:14-cv-00337 |
| : | |
| JOSUE D. CANARIO, : | |
| In his capacity as Chief of Police of : | |
| the Bristol Police Department; and the : | |
| Town of Bristol, Rhode Island : | |
| : | |

**PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now comes Plaintiff, Jarren Ray Gendreau, and hereby moves this honorable court for an order enlarging the time within which to file a memorandum of points and authorities in support of Plaintiff's objection to the Defendants' Motion for Summary Judgment. In support thereof, Plainitff states that the Defendant's Motion for Summary Judgment invokes issues not addressed by Plaintiff's Motion for Summary Judgment, including novel issues of first impression of the preclusive effect, vel non, of Rhode Island Supreme Court certiorari petition grants. Wherefore, Plaintiff requests that the time for filing a memorandum in support of Plainitff's Objection to Defendant's Motion for Summary Judgment be enlarged to 3/1/2016.

**Dated: 2/22/2016**                        **Plaintiff, Jarren Ray Gendreau,**
                                            **By and through his Attorney,**

                                            **/s/Matthew L. Fabisch**
                                            _____
                                            **Matthew L. Fabisch (R.I. Fed. Bar # 8017)**
                                            **664 Pearl Street**
                                            **Brockton, MA 02301**
                                            **(Tel) 401-324-9344**
                                            **(Fax) 401-354-7883**

1

                                                              **Email: Fabisch@Fabischlaw.com**

## CERTIFICATION

I hereby certify that on this 22nd day of February 2016, a copy of the within Motion to Enlarge Time To File Memorandum of Points and Authorities in Support of Plaintiff's Objection to Defendants' Motion for Summary Judgment, was caused to be sent electronically through the CM/ECF system to the following:

Michael A. Ursillo, Esq.    mikeursillo@utrlaw.com, gwendolynbruno@utrlaw.com

/s/Matthew L. Fabisch