UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

| | | |
|---|---|---|
| JARREN GENDREAU | : | |
| | : | |
| vs. | : | Case No. 1:14-cv-00337 |
| | : | |
| JOSUE D. CANARIO, | : | |
| In his capacity as Chief of Police of | : | |
| the Bristol Police Department; and the | : | |
| Town of Bristol, Rhode Island | : | |
| | : | |

---

**PLAINTIFF'S SECOND MOTION TO ENLARGE TIME TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now comes Plaintiff, Jarren Ray Gendreau, and hereby moves this honorable court for an order enlarging the time within which to file a memorandum of points and authorities in support of Plaintiff's objection to the Defendants' Motion for Summary Judgment. In support thereof, Plainitff states that at 10:45 P.M. on 3/1/2016 Counsel for Plaintiff was in the process of finalizing his Memorandum of Points and Authorities in Support of Plaintiff's Objection to Defendants' Motion for Summary Judgment when the computer on which he was working, an E-Machines M6811 with serial number N3048-900-06363 did unexpectedly and without warning power down. Counsel for Plaintiff attempted several times to restore power to the computer and boot the machine without success. Wherefore, Plaintiff requests that the time for filing a memorandum in support of Plainitff's Objection to Defendant's Motion for Summary Judgment be enlarged to 3/2/2016 in order to permit Counsel for Plaintiff to extract the hard drive contained in the E-Machines computer and have it installed into another computer where its contents can be accessed.

Dated: 3/1/2016

Plaintiff, Jarren Ray Gendreau,
By and through his Attorney,

/s/Matthew L. Fabisch

_____
Matthew L. Fabisch (R.I. Fed. Bar # 8017)
664 Pearl Street
Brockton, MA 02301
(Tel) 401-324-9344
(Fax) 401-354-7883
Email: Fabisch@Fabischlaw.com

## CERTIFICATION

I hereby certify that on this 1st day of March 2016, a copy of the within Motion to Enlarge Time To File Memorandum of Points and Authorities in Support of Plaintiff's Objection to Defendants' Motion for Summary Judgment, was caused to be sent electronically through the CM/ECF system to the following:

Michael A. Ursillo, Esq.     mikeursillo@utrlaw.com, gwendolynbruno@utrlaw.com

/s/Matthew L. Fabisch