UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JARREN GENDREAU | : |
| | : |
| vs. | : Case No. 1:14-cv-00337 |
| | : |
| JOSUE D. CANARIO, | : |
| In his capacity as Chief of Police of | : |
| the Bristol Police Department; and the | : |
| Town of Bristol, Rhode Island | : |
| | : |

### **PLAINTIFF'S OBJECTION TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS**

Now comes Plaintiff, Jarren Ray Gendreau, and hereby objects to the following alleged undisputed fact contained in Defendant's statement of undisputed fact:

33. Plaintiff did not abandon his first appeal at the Rhode Island Supreme Court. Plaintiff sought review by Petition for Certiorari of Defendant's first decision denying plaintiff's requested concealed carry permit. No petition seeking review of the second decision was ever filed with the Rhode Island Supreme Court.

**Dated: 3/2/2016**                                **Plaintiff, Jarren Ray Gendreau,**
                                                   **By and through his Attorney,**

                                                   **/s/Matthew L. Fabisch**
                                                   **_____**
                                                   **Matthew L. Fabisch (R.I. Fed. Bar # 8017)**
                                                   **664 Pearl Street**
                                                   **Brockton, MA 02301**
                                                   **(Tel) 401-324-9344**
                                                   **(Fax) 401-354-7883**
                                                   **Email: Fabisch@Fabischlaw.com**

## CERTIFICATION

I hereby certify that on this 2nd day of March 2016, a copy of the within Objection to Defendants Statement of Undisputed Facts was caused to be sent electronically through the CM/ECF system to the following:

Michael A. Ursillo, Esq.    mikeursillo@utrlaw.com, gwendolynbruno@utrlaw.com

/s/Matthew L. Fabisch
_____