# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **Jarren Gendreau** ) | |
| ) | |
| Vs.           ) | CA No. 14-337-M |
| ) | |
| **Town of Bristol and Josue D. Canario,** ) | |
| **as Chief of Police of the Bristol** ) | |
| **Police Department** ) | |

## JUDGMENT

[ ]   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x]   Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the Defendants, Town of Bristol and Josue D. Canario, against the Plaintiff, Jarren Gendreau,  pursuant to the Memorandum and Order dated May 19, 2016 GRANTING Defendants' Motion for Summary Judgment and DENYING Plaintiff's Motion for Summary Judgment.  Defendants' Motion to Dismiss is DENIED as moot.**

                                          **Enter:**

                                           **/s/ Barbara L. Barletta**
                                           **Deputy Clerk**

**DATED: May 19, 2016**